UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


D.R. Horton, Inc. and
DRH Southwest Construction Inc.
                    Plaintiff(s),

                                        No. 1:13-cv-01207 KG/KBM

        v.

Mountain States Mutual Casualty Co.

        Defendant.

### ORDER DISMISSING CLAIMS WITH PREJUDICE

This matter having come before the Court on the Joint Motion to Dismiss (Doc. No. 21),

and the Court being otherwise fully advised in the premises and finding that the Motion should

be granted, it is therefore,

ORDERED, ADJUDGED AND DECREED that all complaints, claims, and causes of

action which were or could have been asserted by the parties against each other related to the

Martin Garcia accident, be, and the same hereby are, dismissed with prejudice with all parties to

bear their own attorneys' fees and costs.


UNITED STATES DISTRICT JUDGE

**APPROVED BY:**

/s/ Stephanie Landry (6/16/2014)
Stephanie Landry
Landry & Ludewig LLP
300 Tenth Street SW
Albuquerque, NM 87102-2922
(505) 243-6100
*Attorneys for Plaintiffs*

/s/ Thomas L. Johnson (6/16/2014)
Thomas L. Johnson
Johnson Law Firm, LC
P. O. Box 27747
Albuquerque, New Mexico  87125-7747
(505) 243-4549
*Attorneys for Defendant*